[No. 33878-9-III. Division Three. April 11, 2017.]

*In the Matter of the Marriage of* SHARON TAYLOR, *Appellant*, and FRANK TAYLOR, *Respondent*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 3-26630, Christopher E. Culp, J., entered October 15, 2015. *Remanded with instructions* by unpublished opinion per Fearing, C.J., concurred in by Kormso, J.; Siddoway, J., dissenting.

[No. 34189-5-III. Division Three. April 11, 2017.]

RICARDO G. GARCIA ET AL., *Appellants*, v. TED HENLEY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Yakima County, No. 12-2-01716-5, Michael G. McCarthy, J., entered February 11, 2016. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Siddoway, J.; Fearing, C.J., dissenting in part.

[No. 34190-9-III. Division Three. April 11, 2017.]

PALMER D. STRAND ET AL., *Appellants*, v. SPOKANE COUNTY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 14-2-01079-1, Harold D. Clarke III, J., entered March 2, 2016. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Fearing, C.J., and Siddoway, J.